**LEE TRAN & LIANG LLP**
Steven C. Gonzalez (Bar No. 191756)
  Steven.Gonzalez@ltlattorneys.com
Danielle R. Claxton (Bar No. 272003)
  Danielle.Claxton@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Defendant
Wal-Mart Stores, Inc.

**THOMAS ANTON & ASSOCIATES**
Becky M. Brooks (Bar No. 210568)
  bbrooks@tantonlaw.com
1600 G. Street
Bakersfield, CA 93301
Tel: (661) 327-7051
Fax: (661) 327-4755

Attorneys for Plaintiff
William Johnson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC., a Delaware Corporation, and DOES 1 to 25, inclusive,<br><br>Defendants. | CASE NO.:  1:14-cv-01749-JLT<br><br>**[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>**(Doc. 13)** |

[PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE

On December 11, 2015, the parties filed a stipulation to dismiss the entire action. (Doc. 13) The notice relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required for the dismissal. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Based upon the foregoing, the Court **ORDERS**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the stipulated request for dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **December 14, 2015**          /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE